■ In the Matter of JOHN HADDOCK, Petitioner, v IRA H. WEXNER, Respondent. [678 NYS2d 510] —Proceeding pursuant to CPLR article 78 with respect to a determination of the County Court, Nassau County (Wexner, J.), entered October 17, 1997, classifying the petitioner as a level three sex offender under the Sex Offender Registration Act (*see,* Correction Law § 168 *et seq.*).

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The petitioner's contentions are not properly reviewable in the matter before us. Bracken, J. P., Rosenblatt, Ritter and Florio, JJ., concur.

■ In the Matter of JOHN HADDOCK, Petitioner, v IRA H. WEXNER, Respondent. [678 NYS2d 510] —Motion by the petitioner to seal the record of a proceeding pursuant to CPLR article 78 with respect to a determination of the County Court, Nassau County (Wexner, J.), entered October 17, 1997, which classified the petitioner as a level three sex offender under the Sex Offender Registration Act (*see,* Correction Law § 168 *et seq.*).

Upon the papers filed in support of the motion and the papers filed in opposition thereto, it is

Ordered that the motion is denied. Bracken, J. P., Rosenblatt, Ritter and Florio, JJ., concur.